IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KELLY DORE, INDIVIDUALLY, AND
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF JOHNNY EARL DORE                      PLAINTIFF

V.                                      CIVIL ACTION NO. 3:21cv130-TSL-RPM

JACKSON HMA, LLC d/b/a
MERIT HEALTH CENTRAL; and
JOHN DOES 1-10                                         DEFENDANTS

**ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

BEFORE THE COURT is the joint *ore tenus* Motion of the parties for an Order and Final Judgment of Dismissal to dismiss and close this action against Defendant Jackson HMA, LLC d/b/a Merit Health Central and John Does 1-10, with prejudice. The Court, noting the agreement of the parties via counsel, having considered same and being fully advised in the premises finds that said Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice and the proceedings are closed.

ORDERED, this the 24th day of June, 2021.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Signed By:

*/s/ A. Bryan Smith*
_____
Heber S. Simmons III [MSB No. 8523]
A. Bryan Smith III [MSB No. 100008]
Simmons, Dallas, PLLC
240 Trace Colony Park Dr., Suite 200
Ridgeland, MS 39157
E-Mail:     heber@simmonsdallas.com
            trey@simmonsdallas.com
*Attorneys for Plaintiff*


*/s/ Stephen P. Kruger*
_____
Stephen P. Kruger [MSB No. 4266]
T.L. "Smith" Boykin, III [MSB No. 101256]
Page, Kruger & Holland, P.A.
10 Canebrake Blvd., Suite 200
Post Office Box 320999
Flowood, Mississippi  39232
Telephone:   601-420-0333
Facsimile:   601-420-0033
E-Mail:      skruger@pagekruger.com
             sboykin@pagekruger.com
*Attorneys for Defendant*